UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:                                                                          Chapter 11
                                                                                      Case No.
PFT Technology LLC,
                                                                                      **CORPORATE DISCLOSURE**
                                                                                      **STATEMENT PURSUANT**
                                          Debtor.                            **TO FBR-1073-3**
-------------------------------------------------------------X

STATE OF NEW YORK)
                                           )SS.:
COUNTY OF NASSAU)

I Patrick Keelan, being duly sworn deposes and states:

1. I am a Managing Member and President of PFT Technology LLC (the "Debtor") and I submit this affidavit pursuant to Local Bankruptcy Rule 1073-3.
2. There are no corporations that directly or indirectly own any class of the debtor's equity interests.

_____
Patrick Keelan, Managing Member

Sworn to me on this
29th day of May, 2020

_____
Notary Public

KANG RO YOON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEB. 14, 2022