UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In Re:

          Case No. 8-20-72180-las

PFT Technology LLC,

          Chapter 11

                      Debtor.
----------------------------------------------------------X

## ORDER APPROVING COMPENSATION TO PROFESSIONALS

Upon the Application of Thaler Law Firm PLLC for Compensation and Reimbursement of Expenses as Attorneys for the Debtor and Debtor-in-Possession ("Debtor") dated October 15, 2020 and Supplement to the Application of Thaler Law Firm PLLC for Compensation and Reimbursement of Expenses dated November 9, 2020 ("Supplement Application"); and the Application of Turman & Eimer, LLP for First and Final Allowance and Reimbursement of Expenses as Accountant for the Debtor and Debtor-in-Possession dated October 16, 2020; and a hearing having been conducted before the Honorable Louis A. Scarcella, United States Bankruptcy Judge on November 10, 2020 to consider the applications; and Thaler Law Firm PLLC having appeared by Andrew M. Thaler, Esq. and Spiros Avramidis, Esq.; and Turman & Eimer, LLP having appeared by Mark Bernstein, CPA and Miriam Charytan, CPA; and the Office of the United States Trustee having appeared by William Birmingham, Esq.; and Salvatore LaMonica, Esq. having appeared as Sub Chapter V Trustee; and Dorsey & Whitney LLP by Rachel Stoain, Esq. having appeared on behalf of Robert Wieser; and no opposition having been filed or heard at the hearing; and notice being deemed good and sufficient; and sufficient cause having been shown; and after due deliberation it is hereby

**ORDERED**, that the Application and the Supplement to the Application of Thaler Law Firm PLLC for compensation and reimbursement of expenses are approved in the sum

of **$51,719.50** and expenses in the sum of **$70.85**, for a total sum of **$51,790.35**; and it is further

**ORDERED**, that the Debtor is authorized to pay Thaler Law Firm PLLC in the sum of **$51,719.50** and expenses in the sum of **$70.85**, for a total sum of **$51,790.35**; and it is further

**ORDERED**, that the First and Final Application of Turman & Eimer, LLP for compensation and reimbursement of expenses is approved in the sum of **$10,540.00** for fees, plus expenses of **$0.00** in expenses; and it is further

**ORDERED**, that the Debtor is authorized to pay Turman & Eimer, LLP in the sum of **$10,540.00**, together with reimbursement of expenses in the sum of **$0.00**, for a total sum of **$10,540.00**; and it is further

**ORDERED**, that the above-named professionals are authorized to receive payment as set forth herein.



**Dated: November 13, 2020**  
**Central Islip, New York**

_Louis A. Scarcella_  
**Louis A. Scarcella**  
**United States Bankruptcy Judge**