UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              Chapter 11

PFT Technology LLC,                                Case No. 8-20-72180-las

                      Debtor.
------------------------------------------------------------x

## ORDER AWARDING FIRST AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SALVATORE LAMONICA, SUBCHAPTER V TRUSTEE

Upon the application, dated December 9, 2020 (the "Application"), of Salvatore LaMonica, Esq. (the "Subchapter V Trustee"), the subchapter V trustee of the bankruptcy estate of PFT Technology LLC (the "Debtor"), the above-captioned debtor, seeking a first and final allowance of compensation and reimbursement of expenses for the period of June 1, 2020 through November 30, 2020 [Dkt. No. 105]; and it appearing that due and timely notice of the Application has been given; and a hearing on the Motion having been held before the Court on January 7, 2021; and no opposition having been interposed; and after due deliberation; it is hereby

ORDERED, that the Application is granted to the extent provided herein; and, it is further

ORDERED, that the Subchapter V Trustee is hereby awarded a first and final allowance of compensation for services rendered in the amount of $19,500.00, and the reimbursement of expenses in the amount of $0.00; and, it is further

ORDERED, that the Subchapter V Trustee is hereby awarded future compensation as provided for in the Order Confirming Chapter 11 Plan, dated November 18, 2020 [Dkt. No. 103], in the amount of $750.00 per month until such time as all distributions to creditors are complete; and it is further

1

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.



**Dated: January 8, 2021**
    **Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**